THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE W. MYERS, as Comptroller, etc., Appellant.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 26, 1890, which affirmed an order of Special Term directing the issuing of a writ of mandamus herein.

*David J. Dean* for appellant.

*W. A. Post* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.